```
Attorney General's Office
Region 4/Bankruptcy Section
10260 N. Central Exp., Ste. 210
Dallas, TX 75231



EVERHOME MORTGAGE COMPANY
8100 NATIONS WAY
JACKSONVILLE, FL 32256



HSBC AUTO FINANCE
941 CORPORATE CENTER DRIVE
POMONA, CA 91768



IRS
P.O. Box 21126
Philadelphia, PA 19114



IRS
P.O. Box 21126
Philadelphia, PA 19114-0326



NCO/ASGNE OF WFNNB/EXPRESS
c/o NCO Financial Systems,Inc
1804 Washington Blvd
Dept500
Baltimore, MD 21230

NUVELL FINANCIAL SERVICES, LLC
PO BOX 380901
BLOOMINGTON, MN 55438-0901



Office of Standing Trustee
Thomas Powers
125 E. John Carpenter Frwy., Ste. 1100
Irving, TX 75062



RITA PETERSON
PO BOX 166921
IRVING, TX 75016
```

```
SHOPNBC - 1
29125 SOLON ROAD
SOLON, OH 44139-3442



T.R. Weaver & Associates, P.C.
dba BankruptcyCus.com
100 N. Central Expressway, Suite 708
Richardson, TX 75080



Thomas D. Powers
125 E. John Carpenter Fwy., Suite 1100
Irving, TX 75062



US DEPARTMENT OF EDUCATION
DIRECT LOAN SERVICING CENTER
PO BX 5609
GREENVILLE, TX 75403-5609



US Department of Education
P.O. Box 530260
Atlanta, GA 30353-0260



US Trustee
William T. Neary
1100 Commerce, Rm 9C60
Dallas, TX 75242
```