**KERRY L. HALIBURTON, SBN 08743400**
**NAMAN, HOWELL, SMITH & LEE, PLLC**
P.O. Box 1470
Waco, TX 76703-1470
(254) 755-4100
(254) 754-6331 Fax

**ATTORNEY FOR HSBC AUTO FINANCE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 09-35956-SGJ |
| AUSTIN M. PETERSON, DEBTOR | § | |
| | § | CHAPTER 13 |
| | § | |

**OBJECTION TO CONFIRMATION**

COMES NOW, HSBC Auto Finance ("Creditor") by and through its attorneys of record, and files this its Objection to Confirmation ("Objection") and would respectfully show the Court as follows:

1. Creditor in the above styled and numbered case possesses a security interest in a 2007 Chevrolet Corvette Coupe, Vehicle Identification No. 1G1YY25UX75118694 ("Vehicle") as evidenced by the Retail Installment Contract and Security Agreement dated February 7, 2007 ("Contract") (Exhibit "A"). Creditor's security interest has been properly perfected as evidenced by the Certificate of Title issued by the State of Texas (Exhibit "B").

2. Pursuant to the N.A.D.A. (Exhibit "C"), Creditor would assert that the value of the Vehicle is no less than $31,875.00. Creditor would assert that the Debtor's value of $27,575.00 is undervalued.

3. Debtor has failed to provide proof of full insurance coverage to Creditor. Creditor would assert that the Debtor's plan should not be confirmed until Debtor has provided proof of full insurance coverage to Creditor.

WHEREFORE, PREMISES CONSIDERED, Creditor prays that Debtor's confirmation be denied, and that Creditor's treatment be amended as requested herein above. Creditor further prays for such other and further relief to which it may be justly entitled.

Dated this 9th day of October, 2009.

Respectfully submitted,

/s/ Kerry L. Haliburton
KERRY L. HALIBURTON, SBN 08743400
NAMAN, HOWELL, SMITH & LEE, PLLC
P.O. Box 1470
Waco, TX 76703-1470
(254) 755-4100
(254) 754-6331 Fax

ATTORNEY FOR HSBC AUTO FINANCE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Objection to Confirmation was served via electronic means, unless not available, otherwise by regular United States Mail, first class, postage fully prepaid, on October 9, 2009 to the parties listed below.

/s/ Kerry L. Haliburton
**Kerry L. Haliburton**

DEBTOR'S ATTORNEY:
T.R. Weaver & Associates
100 N. Central Expressway, Ste. 708
Richardson, TX 75080

TRUSTEE:
Thomas Powers
125 E. John Carpenter Frwy., Ste. 1100
Irving, TX 75062

U.S. TRUSTEE
William T. Neary
U.S. Trustee
1100 Commerce St., Room 976
Dallas, TX 75242

DEBTOR:
Austin Peterson
2004 Southwood Trail
Grand Prairie, TX 75052

| | | |
|---|---|---|
| BUYER: AUSTIN N PETERSON | | SELLER/CREDITOR: VANDERGRIFF CHEVROLET |
| ADDRESS: 2004 SOUTHWOOD TRAIL | | ADDRESS: 1200 W. I-20 |
| CITY: GRAND PRAIRIE  STATE: TX  ZIP: 75052 | | CITY: ARLINGTON  STATE: TX  ZIP: 76017 |
| PHONE: [redacted] | | PHONE: 817-557-1200 |
| CO-BUYER: RITA PETERSON | | |
| ADDRESS: 2004 SOUTHWOOD TRAIL | | |
| CITY: GRAND PRAIRIE  STATE: TX  ZIP: 75052 | | |

The Buyer is referred to as "you" or "your." The Seller is referred to as "we" or "us." This contract may be transferred by the Seller.

**PROMISE TO PAY:** The credit price is shown below as the "Total Sales Price." The "Cash Price" is also shown below. By signing this contract, you choose to purchase the vehicle on credit according to the terms of this contract. You agree to pay us the Amount Financed, Finance Charge, and any other charges in this contract. You agree to make payments according to the Payment Schedule in this contract. If more than one person signs as a buyer, you agree to keep all the promises in this agreement even if the others do not.

You have thoroughly inspected, accepted, and approved the vehicle in all respects.

### VEHICLE IDENTIFICATION

| YEAR | MAKE | MODEL | VEHICLE IDENTIFICATION NUMBER | | USE FOR WHICH PURCHASED |
|---|---|---|---|---|---|
| 2007 | CHEVROLET | CORVETTE | 1G1YY25UX75118694 | [X] NEW  [ ] DEMONSTRATOR  [ ] FACTORY OFFICIAL/EXECUTIVE  [ ] USED | [ ] PERSONAL, FAMILY, OR HOUSEHOLD  [X] BUSINESS OR COMMERCIAL  [ ] AGRICULTURAL |

Trade-in Year: 00   Make: CHEVROLET   Model: MONTE CA   VIN: 2G1WW12E479249055   License No:

### FEDERAL TRUTH IN LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE (The cost of your credit as a yearly rate) | FINANCE CHARGE (The dollar amount the credit will cost you) | Amount Financed (The amount of credit provided to you or on your behalf) | Total of Payments (The amount you will have paid when you have made all payments as scheduled) | Total Sale Price (The total cost of your credit, including your down payment of $ 6975.27) |
|---|---|---|---|---|
| 15.79 % | $ 23840.72 | $ 44555.68 | $ 68396.40 | $ 68975.27 |

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | $ 949.95 | Monthly beginning 03/09/2007 |

**Late Charges:** If we do not receive your entire payment within 15 days after it is due (10 days if you are buying a heavy commercial vehicle), you will pay a late charge of 5% of the scheduled payment.

**Prepayment:** If you pay all that you owe early, you will not have to pay a penalty.

**Security Interest:** We will have a security interest in the vehicle being purchased.

**Additional Information:** See this document for more information about nonpayment, default, security interests, and any required repayment in full before the scheduled date.

### ITEMIZATION OF AMOUNT FINANCED

1. Cash Price (including any accessories, services, taxes) Sales Tax $2503.00 ... $ 45652.58 (1)
2. Total Downpayment — (If negative, enter "0" and see Line 2A below)
   - Gross Trade-In  $ 3100.00
   - Pay Off Made By Seller  $ 2123.13
   - Net Trade-In  $ 4623.13
   - Cash  $ 5000.00
   - Mfrs. Rebate  N/A
   - Other (describe) N/A  $ 1376.87
   - Total Downpayment  $ 10376.87 (2)
3. Unpaid Balance of Cash Price (1 minus 2)  $ 44275.71 (3)
4. Other Charges Including Amounts Paid to Others on Your Behalf (Seller may keep part of these amounts.):
   A. Net trade-in payoff to N/A  $ N/A
   B. Cost of Optional Credit Insurance Paid to Insurance Company or Companies:
      Life  $ N/A
      Disability  $ N/A
   C. Other Insurance Paid to the Insurance Company  $ N/A
   D. Official Fees Paid to Government Agencies:
      1) to N/A for N/A  $ N/A
      2) to N/A for N/A  $ N/A
      3) to N/A for N/A  $ N/A
   E. Dealer's Inventory Tax (If Not Included in Cash Price)  $ 104.42
   F. Sales Tax (If Not Included in Cash Price)  $ N/A
   G. Other Taxes (If Not Included in Cash Price)  $ N/A
   H. Government License and/or Registration Fees LICENSE AND REG FEE  $ 70.80
   I. Government Certificate of Title Fees  $ 33.00
   J. Government Vehicle Inspection Fees  $ 21.75
   K. Deputy Service Fee Paid to Deputy  $ N/A
   L. Document Fee (Cargo Documental)  $ 50.00

A DOCUMENTARY FEE IS NOT AN OFFICIAL FEE. A DOCUMENTARY FEE IS NOT REQUIRED BY LAW, BUT MAY BE CHARGED TO BUYERS FOR HANDLING DOCUMENTS AND PERFORMING SERVICES RELATING TO THE CLOSING OF A SALE. A DOCUMENTARY FEE MAY NOT EXCEED $50 FOR A MOTOR VEHICLE CONTRACT OR A REASONABLE AMOUNT AGREED TO BY THE PARTIES FOR A HEAVY COMMERCIAL VEHICLE CONTRACT. THIS NOTICE IS REQUIRED BY LAW.

UN CARGO DOCUMENTAL NO ES UN CARGO OFICIAL. LA LEY NO EXIGE QUE SE IMPONGA UN CARGO DOCUMENTAL, PERO ÉSTE PODRÍA COBRARSE A LOS COMPRADORES POR EL MANEJO DE LA DOCUMENTACIÓN Y LA PRESTACIÓN DE SERVICIOS EN RELACIÓN CON EL CIERRE DE UNA VENTA. UN CARGO DOCUMENTAL NO PUEDE EXCEDER DE $50 PARA UN CONTRATO DE VEHÍCULO AUTOMOTOR O UNA CANTIDAD RAZONABLE ACORDADA POR LAS PARTES PARA UN CONTRATO DE VEHÍCULO COMERCIAL PESADO. ESTA NOTIFICACIÓN SE EXIGE POR LEY.

M. Other Charges (Seller must identify who is paid and describe purpose):
   to N/A for N/A  $ N/A
   to N/A for N/A  $ N/A
   to N/A for N/A  $ N/A
   to N/A for N/A  $ N/A
   to N/A for N/A  $ N/A

Total Other Charges and Amounts Paid to Others on Your Behalf  $ 279.97 (4)

5. Amount Financed (3 + 4)  $ 44555.68 (5)

**PROPERTY INSURANCE:** You must keep the collateral insured against damage or loss in the amount you owe. You must keep fire, comprehensive and collision insurance on all that you own under this contract. You may obtain property insurance from anyone you want or provide proof of insurance you already have. The insurer must be satisfactory to us (subject to Sec. 348.208(b) of Texas Finance Code). We will be named as the person to be paid under the policy in the event of damage or loss.

If any insurance is canceled, there will be no liability to procure insurance from the insurance companies, and describe the terms, conditions, and cancellation.

### Optional Credit Life and Credit Disability Insurance

Credit life insurance and credit disability insurance are not required to obtain credit. They will not be provided unless you sign and agree to pay the extra cost. Your decision to buy or not buy insurance coverages will not be a factor in the credit approval process.

| | Buyer | Term |
|---|---|---|
| [ ] Credit Life, one buyer | $ N/A | N/A |
| [ ] Credit Life, both buyers | $ N/A | N/A |
| [ ] Credit Disability, one buyer | $ N/A | N/A |
| [ ] Credit Disability, both buyers | $ N/A | N/A |

N/A
_____
(Insurance Company)
N/A
_____
(Home Office Address)

Credit life insurance pays only the amount you would owe if you paid off your agreement on time. Credit disability insurance does not cover any increase in your payment or in the number of payments.

If the term of the insurance is 12 months or longer, the premium is not fixed or approved by the Texas Insurance Commissioner.

You want the insurance indicated above.

X _____
Buyer's signature                Date

X _____
Co-Buyer's signature             Date

### Optional Insurance Coverages

The insurance described below is not required to obtain credit. It will not be provided unless you sign and agree to pay the extra cost. Your decision to buy or not buy these insurance coverages will not be a factor in the credit approval process.

| Coverage | | Term in Months | Premium |
|---|---|---|---|
| GAP | N/A | N/A | N/A |
| | N/A | N/A | N/A |

If this contract is approved in your local area, GAP insurance will pay us the difference between the proceeds of your basic collision policy and the amount you owe on the vehicle, minus your deductible. You can cancel this insurance without charge for 30 days from the date of this contract.

If by law GAP is a prohibition on consumers from obtaining credit shown is marked, the premium is not fixed or approved by the Texas Insurance Commissioner.

_____
(Insurance Company)

_____
(Street Office Address)

You want the optional coverages for which premiums are included above.

X _____
Buyer's signature                Date

X _____
Co-Buyer's signature             Date

**LIABILITY INSURANCE: THIS CONTRACT DOES NOT INCLUDE INSURANCE COVERAGE FOR PERSONAL LIABILITY AND PROPERTY DAMAGE CAUSED TO OTHERS.**

### CONSUMER CREDIT COMMISSIONER NOTICE

To contact HSBC AUTO FINANCE about this account, call _____. This contract is subject in whole or in part to Texas law which is enforced by the Consumer Credit Commissioner, 2601 N. Lamar Blvd., Austin, Texas 78705-4207; (800) 538-1579; (512) 936-7600, and can be contacted relative to any inquiries or complaints.

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

Any change to this contract must be in writing. Both you and we must sign it. No oral changes to this contract are enforceable.

Buyer X _____   Co-Buyer X _____

See back for other important agreements.

**CONSUMER WARNING:** Notice to the buyer—Do not sign this contract before you read it or if it contains any blank spaces. You are entitled to a copy of the contract you sign. Under the law, you have the right to pay off in advance all that you owe and under certain conditions may save a portion of the finance charge. You will keep this contract to protect your legal rights.

**BUYER'S ACKNOWLEDGEMENT OF CONTRACT RECEIPT: YOU AGREE TO THE TERMS OF THIS CONTRACT AND ACKNOWLEDGE RECEIPT OF A COMPLETED COPY OF IT. YOU CONFIRM THAT BEFORE YOU SIGNED THIS CONTRACT WE GAVE IT TO YOU, AND YOU WERE FREE TO TAKE IT AND REVIEW IT.**

Buyer Signs X _____  Date 02/07/2007   Co-Buyer Signs X _____  Date 02/07/2007

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest granted in the vehicle in us in this contract.

Other Owner Signs X _____   Address _____

Seller VANDERGRIFF CHEVROLET   Date 02/07/2007   By X _____   Title _____

THIS CONTRACT IS NOT VALID UNTIL YOU AND WE SIGN IT.

Seller assigns its interest in this contract to HSBC AUTO FINANCE (Assignee) under the terms of Seller's agreement with Assignee.

[ ] Assigned with recourse    [ ] Assigned without recourse    [ ] Assigned with limited recourse

VANDERGRIFF CHEVROLET   By _____   Title _____

ORIGINAL LIENHOLDER

EXHIBIT A

Document    Page 5 of 6

Upon sale of this vehicle, the purchaser must apply for a new title within 20 working days unless the vehicle is purchased by a dealer. Until a new title is issued, the vehicle record will continue to reflect the owner's name listed on the current title. SEE BACK FOR ADDITIONAL INFORMATION.

HSBC AUTO FINANCE
PO BOX 17902
SAN DIEGO, CA 92177-7902

0164464

▼ DETACH HERE ▼

## TEXAS CERTIFICATE OF TITLE

VEHICLE TITLES AND REGISTRATION DIVISION
78725980

| VEHICLE IDENTIFICATION NUMBER | YEAR MODEL | MAKE OF VEHICLE | BODY STYLE |
|---|---|---|---|
| 1G1YY25UX75118694 | 2007 | CHEV | CP |

| | TITLE/DOCUMENT NUMBER | DATE TITLE ISSUED |
|---|---|---|
| | 22031839141124234 | 03/13/2007 |

| MODEL | MFG CAPACITY IN TONS | WEIGHT | LICENSE NUMBER |
|---|---|---|---|
| CVT | | 3300 | 075TJB |

PREVIOUS OWNER
VANDERGRIFF CHEVROLET ARLINGTON TX

ODOMETER READING
15

OWNER
AUSTIN M PETERSON
RITA PETERSON
2004 SOUTHWOOD TRAIL
GRAND PRAIRIE, TX 75052

REMARK(S)
ACTUAL MILEAGE

X _____
SIGNATURE OF OWNER OR AGENT MUST BE IN INK

UNLESS OTHERWISE AUTHORIZED BY LAW, IT IS A VIOLATION OF STATE LAW TO SIGN THE NAME OF ANOTHER PERSON ON A CERTIFICATE OF TITLE OR OTHERWISE GIVE FALSE INFORMATION ON A CERTIFICATE OF TITLE.

DATE OF LIEN    1ST LIENHOLDER
02/07/2007  HSBC AUTO FINANCE
            PO BOX 17902
            SAN DIEGO, CA 92177-7902

1ST LIEN RELEASED _____ DATE _____
BY _____ AUTHORIZED AGENT

DATE OF LIEN    2ND LIENHOLDER

2ND LIEN RELEASED _____ DATE _____
BY _____ AUTHORIZED AGENT

DATE OF LIEN    3RD LIENHOLDER

3RD LIEN RELEASED _____ DATE _____
BY _____ AUTHORIZED AGENT

IT IS HEREBY CERTIFIED THAT THE PERSON HEREIN NAMED IS THE OWNER OF THE VEHICLE DESCRIBED ABOVE WHICH IS SUBJECT TO THE ABOVE LIENS

RIGHTS OF SURVIVORSHIP AGREEMENT
WE, THE PERSONS WHOSE SIGNATURES APPEAR HEREIN, HEREBY AGREE THAT THE OWNERSHIP OF THE VEHICLE DESCRIBED ON THIS CERTIFICATE OF TITLE SHALL FROM THIS DAY FORWARD BE HELD JOINTLY, AND IN THE EVENT OF DEATH OF ANY OF THE PERSONS NAMED IN THE AGREEMENT, THE OWNERSHIP OF THE VEHICLE SHALL VEST IN THE SURVIVOR(S)

SIGNATURE _____ DATE _____
SIGNATURE _____ DATE _____
SIGNATURE _____ DATE _____

FORM 30-C REV 5/2002    DO NOT ACCEPT TITLE SHOWING ERASURE, ALTERATION, OR MUTILATION.

EXHIBIT B

# N.A.D.A. Official Used Car Guide
# Vehicle Valuation

Print Date: October 8, 2009

---

Customer: Peterson, Austin
File No.: HSBC-453563

Vehicle Description: 2007 CHEVROLET Corvette-V8 Coupe 2D (AT/6 Spd)
VIN: 1G1YY25UX75118694

**Base Values**

Retail: $ 33000.00       Wholesale/Trade-in: $ 28875.00

**Optional Equipment/Adjustments**

Estimated Miles    50386     $   -1125.00

**Total Adjusted N.A.D.A. Used Car Guide Values**

Retail: $ 31875.00       Retail/Wholesale Average: $ 29812.50

Reference 09/09 SW - used mileage from plan

Acct #: XXXXXXXXXXXX1865/453563

**EXHIBIT C**