IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

Action ____
No Action ✓
ID Checked ✓ DR1 ____ DR2
SS Checked ✓ DR1 ____ DR2
Returned Tax Returns to DR ✓

IN RE:                                    Case No. 09-35956-SGJ-13
AUSTIN M PETERSON
       DEBTOR(S),                         Judge: STACEY G. C. JERNIGAN

### REPORT OF (ADJOURNED) SECTION 341 MEETING

**Meeting Information:** Meeting Date: Mon Oct 19, 2009   DFPD: __45/__ Original 341: Oct 19, 2009
Debtor(s) Appeared?                                  ✓ Yes ____ No (DR1) / (DR2)
Debtor(s) attorney/paralegal appeared?               ✓ Yes ____ No ____ Pro-se
Creditors Appeared?                                  ✓ Yes ____ No
Name: _Dorthy Claiborne_            Representing: _IRS_

Business Case:                                       ____ Yes Level ____ ✓ No
341 meeting concluded:                               ✓ Yes ____ No

Adj Date: _____;  _____ To Hear; Reason: _____

Debtor was asked standard questions : Circle one   Y or N

Need NOI for: ____ Failure to Appear (DR1) / (DR2)       ____ Picture ID (DR1) / (DR2)

                                                         ____ SSN (DR1) / (DR2)

              ____ Wage Order Information (DR1) / (DR2)  ____ Paystubs (DR1) / (DR2)

              ____ Tax Returns: _____               ____ DSO Information: _____

              ____ Other: _____

No Show/ID NOI Sent: _____

**Payment Information:**                             Plan Base:        $ 73,500.00
Current monthly payment :      $ 1,225.00            First Payment due: Oct 04, 2009
$ rec'd as of October 13, 2009 : $ 1,225.00          Length of Plan:    60
                                 _current_
**Trustee Action Needed:**
Trustee's Motion to Transfer Venue needed: _____

Trustee's Objection to Exemptions needed for: _____

Other: _____

(Circle one:  Debtor confirmed that all the information contained on the Petition, Schedules,
 Y or N       Statement of Financial Affairs, and CMI form was true and correct and needed no
              changes or additions to make them true and complete.




Case # 09-35956-SGJ-13                                                          Page 2
Debtor(s) AUSTIN M PETERSON

**Confirmation Isssues**

1. **BEST INTEREST:**
   Exemptions:  __X__ Federal;  _____ Texas State;  _____ State other than TX: _____

   Exceeds $125,000    Y or (N)

   Value (equity) of non-exempt property (See #12 for more details): $ __0__

   Total Value of Assets listed as Exempt on Schedule C:  $ 7514.86

   Improper Exemptions: Circle one:  Y or (N)  Explain: _____

   Fraudulent Transfer: Circle one:  Y or (N)  Explain: _____

   _____ Refer to Legal: _____

2. **DISPOSABLE INCOME:**
   A) Below Median Income: DR's Proj Monthly Disp. Income: 1225.00 x 36= 44100.00

   Comment: _____
   B) Above Median Income (CMI Form):
   DR's Monthly Disposable Income:$_____ X ACP: _____ = Unsec. Pool: $_____

   Line _____ Notes: _____

   Line _____ Notes: _____

   _____ Refer to Legal: _____

3. **FEASIBILITY:** Circle one: (Y) or N  hls  Reason if No: _____
   _____ Refer to Legal: _____

4. **GOOD FAITH** Petition and Plan: Circle one: (Y) or N  Reason if No: _____

   _____ Refer to Legal: _____

5. **DOMESTIC SUPPORT OBLIGATION (DSO):**
   Debtor owes post petition DSO: Current? Circle one: (NA) Y or N
   _____ Refer to Legal: _____

6. **TAX RETURNS:**
   Filed previous 4 years: Circle one: (Y) or N  Specify: _____

   Number of Dependants on last year: _1_  Notes: 2008 tax return

   Number in Household per CMI: _2_  Notes: _____
   _____ Refer to Legal: _____

7. **BUSINESS CASE:**

   _____ Self-Employed                              _____ Liquor License
   _____ Incurs Trade Debt                          _____ Over $15,000 per/mo.
   _____ Employees
   Refer to Business Case Analyst

Case # 09-35956-SGJ-13                                                                Page 3
Debtor(s) AUSTIN M PETERSON

8. **CIVIL ENFORCEMENT:**
   \_\_\_\_\_ Petition Preparer was involved.   (See #12 for more details.)

   \_\_\_\_\_ Debtor attorney fees exceed "standard fee"
   Refer to Legal  _____

9. **521(a)(1) INFORMATION HAS BEEN FILED:**

   | _X_ List of Creditors | _X_ Statement of Financial Affairs |
   | _X_ Schedules A, B, C, D, E, and F | _X_ 342(b) Certificate by DR Atty |
   | _X_ Schedules I & J | _X_ 60 Days Payment Advices |
   | _X_ CMI Statement | |

10. **ELIGIBILITY:**

    | Certificate of Credit Counseling within 180 days on file | _X_ Yes | \_\_\_ No |
    | Provider of Credit Counseling is approved | _X_ Yes | \_\_\_ No |
    | Debt limits exceed maximum (S-$1,010,650 U-$336,900) | \_\_\_ Yes | _X_ No |

    Refer to Legal  _____

11. **DOCUMENTS REQUIRED FOR CONFIRMATION** ~~un~~employment-update on status

12. **OTHER (include improper venue):** _____

13. **PRESIDING OFFICER NOTES:**

no priors
receives unemployment benefits until July, 2010

Debtor will need wage directive once employed.

Date:  Mon Oct 19, 2009                                By: _Lisa Stalnaker_
                                                          Presiding Officer Signature