


U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

_____
**United States Bankruptcy Judge**

**Signed September 20, 2010**

---

```
T R WEAVER AND ASSOCIATES PC
100 N CENTRAL EXPRESSWAY
SUITE 708
RICHARDSON TX 75080
```

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

In Re:                                                    **Case No.** 09-35956-SGJ-13

          AUSTIN M PETERSON
          Debtor(s)

---

#### ORDER ON TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS , OBJECTION TO CLAIMS AND PLAN MODIFICATION (if required)

---

At Dallas in said District:

On this day on for hearing the Trustee's Recommendation Concerning Claims, Objections to Claims and Plan Modification (if required) (hereinafter referred to as "TRCC") dated July 9, 2010        (Pacer docket number 0045), and any responses filed thereto.

After considering the pleadings, the evidence and stipulations, if any, and the argument of cousel, the Court finds that the following order should be entered:

**IT IS THEREFORE ORDERED** that all claims listed in Section I of the TRCC (No Proof of Claim Filed) are hereby **DISALLOWED** except for the following, if any, which are **ALLOWED**:

_____

_____

09-35956-SGJ-13
AUSTIN M PETERSON
Order on Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modificaiton (if required), Page 2

**IT IS FURTHER ORDERED** that all claims shown in Section II of the TRCC (Specific Objections) are hereby **ALLOWED OR DISALLOWED** as shown therein at Column 3 except as follows:

| Creditor Name | Claim Amount | Allow/ Disallow | Amount | Class | Allow/ Disallow | Amount | Class |
|---|---|---|---|---|---|---|---|

No Changes

**IT IS FURTHER ORDERED** that all claims shown in Section III of the TRCC (Recommendations) are hereby ALLOWED as shown therein except as follows:

| Creditor Name | Collateral Description | Claim Amount | Collateral Value | Interest Rate | Treatment |
|---|---|---|---|---|---|

No Changes

**IT IS FURTHER ORDERED** that the Plan Modification shown in Section IV of the TRCC is **APPROVED** except as follows;

No Changes

### End of Order ###

Approved by:   /s/ Thomas D. Powers

Thomas D. Powers/Trustee/State Bar #16218700