Office of the Standing Chapter 13 Trustee
125 E. John Carpenter Freeway, Suite 1100
Irving, Texas  75062
(214) 855-9200/Fax (214) 965-0758

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE:                                              Case No. 09-35956-SGJ-13
   AUSTIN M PETERSON

Trustee's 17 Day Notice of Intent to Certify Chapter 13 Case
for Dismissal Per General Order 2009-03

   Notice is hereby given to the above named Debtor(s) and Debtor's(s') Attorney that the Trustee intends to certify the above numbered Chapter 13 case for dismissal for the following reason(s):

   The Debtor(s) did not pay to the Trustee when due one or more payments (except the first) specified in the Debtor's Preliminary Plan, or the Order Confirming Plan or the Order Modifying Plan as required by paragraph 3 (e) of General Order 2009-03.

   1.  The exact dollar amount due to completely bring all payments current as of the 17th day after the date of this Notice is $    2,109.00 (MAIL PAYMENTS TO TOM POWERS, CHAPTER 13 TRUSTEE, P.O. BOX 1958, MEMPHIS, TN 38101-1958.)

   2.  Due date is 01/16/2011.  Payments **must be received** by 4:00 p.m.

   3.  If the full payment specified in paragraph 1 cannot be paid by the due date specified in paragraph 2, the Debtor/Debtor's Attorney **must** meet with a representative of the Trustee on:

            Thu January 13, 2011   between 12:00 p.m. and 4:00 p.m.

       At 125 E. John Carpenter Freeway, Suite 1100, Irving, Texas to sign an Interlocutory Order acceptable to the Trustee.  IF YOU ELECT TO SIGN AN INTERLOCUTORY ORDER, YOU WILL BE REQUIRED TO SIGN A WAGE ORDER.  YOU **MUST** BRING A COPY OF YOUR LAST PAYSTUB.

       FAILURE TO BRING ALL PAYMENTS CURRENT OR SIGN SUCH INTERLOCUTORY ORDER (OR MODIFICATION IF YOUR PLAN HAS BEEN CONFIRMED) AND WAGE ORDER PRIOR TO THE DUE DATE SHALL SUBJECT THIS CASE TO DISMISSAL BY THE BANKRUPTCY COURT WITHOUT FURTHER NOTICE.

IF YOU ARE CURRENTLY ON A WAGE DIRECTIVE, AND THOUGHT YOUR PAYMENTS WERE CURRENT, YOU
       SHOULD CONTACT YOUR EMPLOYER IMMEDIATELY BECAUSE OUR RECORDS INDICATE YOU ARE
                    DELINQUENT AND YOUR CASE IS SUBJECT TO DISMISSAL.

       FAILURE TO RESPOND TO THIS NOTICE WILL RESULT IN DISMISSAL OF YOUR CASE.


   DEBTOR(S)

   AUSTIN M PETERSON
      2004 SOUTHWOOD TRAIL

      GRAND PRAIRIE TX            75052

## Certificate of Service

I hereby certify that a copy of the foregoing Notice of Intent to Certify Chapter 13 Case for Dismissal was served on the following parties at the addresses listed below by United States First Class Mail or via electronic mail.

**DEBTOR(S):**   AUSTIN M PETERSON, 2004 SOUTHWOOD TRAIL, , GRAND PRAIRIE TX, 75052

**ATTORNEY**
@    T R WEAVER AND ASSOCIATES PC, 100 N CENTRAL EXPRESSWAY, SUITE 708, RICHARDSON TX, 75080

**CREDITORS:**
ASCENSION CAPITAL GROUP INC, HSBC AUTO FINANCE, PO BOX 201347, ARLINGTON TX, 76006
HUGHES WATTERS AND ASKANASE LL, 333 CLAY 29TH FLOOR, , HOUSTON TX, 77002
COUNTY OF DALLAS, CO LINEBARGER GOGGAN BLAIR, 2323 BRYAN STREET SUITE 1600, DALLAS TX, 75201-2644
GE MONEY BANK, RECOVERY MANAGEMENT SYSTEMS CO, 25 SE 2ND AVE SUITE 1120, MIAMI FL, 33131-1605
HUGHES WATTERS AND ASKANASE LL, 333 CLAY 29TH FLOOR, , HOUSTON TX, 77002

Dated: December 30, 2010    By: /s/ Thomas D. Powers

Thomas D. Powers, Trustee

Generated by Marty Livingston