U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

United States Bankruptcy Judge

**Signed January 28, 2011**

---

```
Office of the Standing Chapter 13 Trustee
125 E. John Carpenter Fwy, Suite 1100
Irving, Texas  75062
(214) 855-9200/(214) 965-0757 (Fax)


IN RE:                                              CASE NO: 09-35956-SGJ-13
AUSTIN M PETERSON
         DEBTOR(S)
```

## Order Dismissing Chapter 13 Case Pursuant to General Order 2007-02 (NOI $)
## Without Prejudice

```
On representation of the Standing Chapter 13 Trustee evidenced by the signature below
that the Debtor(s) failed to timely pay the Trustee one or more post-confirmation
payments specified in the Debtor's Confirmed Final Plan and that 18 days written notice
of such failure was given to Debtor(s) and Attorney for Debtor(s), if any, prior to
submission hereof;

IT IS FURTHER ORDERED that this case is hereby DISMISSED pursuant to General Order
2006-01 and that all debts due and owing creditors as of this date are NOT DISCHARGED
or affected in any manner by this order.
```

Order Dismissing Chapter 13 Case, Page 2
**AUSTIN M PETERSON**
**09-35956-SGJ-13**




**IT IS FURTHER ORDERED** that the above styled and numbered case will be closed twenty one days after the entry of this order provided that it is a single debtor case or a joint debtor case and both debtors are dismissed.

### End of Order ###

Signed: /s/Thomas D. Powers
        Trustee
        State Bar # 16218700