Form ntcdsm

**UNITED STATES BANKRUPTCY COURT**

Northern District of Texas

Case No.: 09−35956−sgj13
Chapter: 13

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Austin M. Peterson
   dba Cadence Unlimited
   2004 Southwood Trail
   Grand Prairie, TX 75052

Social Security / Individual Taxpayer ID No.:
   xxx−xx−6218

Employer Tax ID / Other nos.:

**NOTICE OF DISMISSAL**

You are hereby notified that an Order Dismissing the above case was entered on 1/31/11.

Dated: 1/31/11

        Tawana C. Marshall
        Clerk, U.S. Bankruptcy Court

        BY: S. Dugan
        Deputy Clerk